UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELLEY MIZRAHI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>against<br><br>MALCOLM S. GERALD & ASSOCIATES, INC.<br><br>Defendants. | Civil Case Number:<br>**17-cv-5218** |

**NOTICE OF VOLUNTARY DISMISSAL BY THE**
**PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to FRCP 41(a)(1)(A)(ii), as Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action without prejudice.

Dated: October 19, 2017

Respectfully submitted,

By: /s/ Salim Katach
Salim Katach, Esq. (SK0924)
Sirotkin Varacalli & Hamra, LLP
110 East 59th Street, Suite 3200
New York, New York 10022
Phone: (646) 590-0571
*Attorneys for Plaintiff*